IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02275-REB-MEH

CYNTHIA G. ROYCE,

     Plaintiff,

v.

MILITARY ORDER OF THE PURPLE HEART, a Colorado corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

     Defendant's Unopposed Motion for Leave to File Answer [<u>filed November 12, 2008; docket #4</u>] is **granted**. The Answer [docket #5] filed contemporaneously with Defendant's Motion for Leave is hereby accepted.