IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02275-REB-MEH

CYNTHIA G. ROYCE,

    Plaintiff,

v.

MILITARY ORDER OF THE PURPLE HEART, a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed January 13, 2009; docket #13] is **granted**. The parties' Stipulated Protective Order is accepted and entered contemporaneously with this order.