**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02275-REB-MEH

CYNTHIA G. ROYCE,

      Plaintiff,

v.

MILITARY ORDER OF THE PURPLE HEART, a Colorado corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation for Dismissal With Prejudice** [#19] filed May 15, 2009. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation for Dismissal With Prejudice** [#19] filed May 15, 2009, is **APPROVED**;

      2. That the Trial Preparation Conference set for December 18, 2009, is **VACATED**;

      3. That the jury trial set to commence January 4, 2010, is **VACATED**; and

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 15, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge